## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | | |
|---|---|---|
| Luis Antonio Alvarado Santiago, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-127 |
| David Easterwood, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Luis Antonio Alvarado Santiago petitions for a writ of habeas corpus. Doc. 1. Respondents have not replied. Petitioner subsequently filed a notice of voluntary dismissal. Doc. 5. In the notice, Petitioner indicated he was transferred to Kandiyohi County, MN, making jurisdiction proper in the District of Minnesota. Id. at 2. Respondents have not replied.

The Court has reviewed the record, the parties' filings, and the relevant case law. The Court **ADOPTS** the notice of voluntary dismissal (Doc. 5) and **ORDERS** the action dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 1st day of May, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court